452 A.2d 1100

Commonwealth v. Hardy, Appellant.

Argued February 3, 1981.   Carol E. Haltrecht, Assistant Public Defender, for appellant;   Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

452 A.2d 1100

Commonwealth v. Hoffman, Appellant.

Petition for Allowance of Appeal Denied March 28, 1983.

Submitted May 11, 1982.   Donald P. Russo, for appellant;   Donald B. Corriere, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Affirmed with directives.